1 JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
2 ADAM M. SHAPIRO (SBN 267429)
ashapiro@cpmlegal.com
3 **COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
4 840 Malcolm Road
Burlingame, CA 94010
5 Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator Amanda Morrison*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA; COUNTY OF ALAMEDA *ex rel.* AMANDA MORRISON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RESOURCE ENVIRONMENT FOR UNDERPRIVILEGED GROUPS ENTERPRISE, INC., a California corporation,<br><br>Defendant. | CASE NO. 4:17-cv-03670-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** |

The parties to this action have entered into a Settlement Agreement, as well as a stipulation pursuant to Rule 41(a)(1)(A)(ii) to dismiss this action with prejudice as to plaintiff-relator Amanda Morrison. Further, the United States, the State of California, and the County of Alameda also stipulated to dismiss this action without prejudice as to them.

The Court hereby grants the stipulation and dismisses this action with prejudice as to plaintiff-relator Amanda Morrison, and without prejudice as to the United States, the State of California, and the County of Alameda.

IT IS SO ORDERED.

Dated: July 13, 2018

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE